## Commonwealth *v.* Werwinski, Appellant.

Argued December 3, 1973. *Joseph Michael Smith*, with him *F. Emmett Fitzpatrick, Jr.*, and *Fitzpatrick & Smith*, for appellant; *James J. Wilson*, Assistant District Attorney, with him *David Richman*, Assistant District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.